IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AIRE SERV LLC,<br>*Plaintiff,*<br><br>v.<br><br>CHRISTOPHER AARON<br>HAYWOOD and ANNALIZA<br>HAYWOOD,<br>*Defendants.* | §<br>§<br>§<br>§   Case No. 6:18-CV-00023-ADA<br>§<br>§<br>§<br>§<br>§ |

## FINAL DEFAULT JUDGMENT

In accordance with its Order Granting Plaintiff's Motion for Default Judgment, the Court enters its Final Judgment as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Default Judgment filed April 10, 2019, (Dkt. 15), is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the material allegations of the Complaint be and are deemed admitted as to Defendants.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants and their officers, agents, servants, employees, owners, and representatives, and all other persons, firms, or corporations in active concert or participation with them, are immediately enjoined and restrained from:

(a) Using in any manner any Aire Serv trademark, or any name, mark, or domain name that wholly incorporates the trademarks described herein, or is confusingly similar to or a colorable imitation of these marks;

(b) Using or displaying the word Aire Serv on any websites, products, or promotional materials in any false and deceptive manner;

1

(c) Doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public or prospective customers of Aire Serv products or services; and

(d) Engaging in any further acts of infringement, or any other unlawful conduct, as alleged herein.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants and their employees, owners, and representatives, and all other persons, firms, or corporations in active concert or participation with them, are immediately enjoined and restrained from engaging in, participating in, or deriving any benefit from any business that competes with the Aire Serv franchise business, and from diverting or soliciting any customer, account, or business from the Aire Serv franchise business to any competing business for a period of two (2) years from the date of this Court's order. For purposes of this injunction, a business that competes with the Aire Serv franchisee is any commercial effort involving installing, maintaining, and repairing certain residential and commercial heating, ventilating, air conditioning, and indoor air quality services and equipment, selling and servicing water-based heating systems, performing related services and selling related products.

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that any relief not specifically granted herein is **DENIED**.

**SIGNED** this the 10th day of May 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE